■ MERCEDES GASC et al., Respondents, v. CITY OF NEW YORK, Appellant.— Judgment in favor of plaintiff Mercedes Gasc for personal injuries in the sum

of $55,000 unanimously reversed on the law, on the facts and·in the exercise of discretion, without costs and without disbursements, and a new trial granted, unless plaintiff Mercedes Gasc, within 20 days of service upon her by defendant of a copy of the order herein, stipulates to accept $35,000 in lieu of the award by verdict, in which event the judgment is modified to that extent and as thus modified affirmed, without costs and without disbursements. It is obvious that the award by verdict of $55,000 is excessive and not supported by the evidence. Concur — Stevens, P. J., Eager, Markewich and McNally, JJ.